# CRIMINAL COMPLAINT

## United States District Court

### DISTRICT of ARIZONA

United States of America
v.
**Heather Marie UNDERWOOD**
DOB: 1975; U.S. Citizen

DOCKET JAN - 2 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

MAGISTRATE'S CASE NO.

**08-04509M**

Complaint for violation of Title 21   United States Code §§ 841(a)(1) & 841(b)(1)(B)(vii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 30, 2007, at or near Mile Marker 85, on the Tohono O'Odham Indian Nation, in the District of Arizona, **Heather Marie UNDERWOOD,** did knowingly and intentionally possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 232.84 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 30, 2007, Tohono O'Odham Police Officer was conducting a security check south of mile marker 85 on State Route Highway 86, which is located on the Tohono O'Odham Nation, in the District of Arizona. The officer observed a male standing by the dirt road waving the officer down. The officer approached the individual but the individual fled once he noticed the marked unit. The officer observed a brown colored truck in the immediate area, turning around and leaving. The officer attempted to catch up to the truck but was unable to. A description of the truck was broadcasted by the TO Dispatch, another officer located the brown truck traveling on Highway 86 at milepost 78. The truck was stopped and the officer spoke with the driver who was later identified as **Heather Marie UNDERWOOD**. A search of the area, where **UNDERWOOD's** truck was originally observed revealed 24 bundles of marijuana weighing approximately 232.84 kilograms. **UNDERWOOD** admitted to being in the area where her truck was originally observed and that she was in the area to pick up and transport an unknown amount of marijuana for which she was to be paid $2000.00.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>FELDMAN/cld<br>AUTHORIZED BY: _[signature]_  1/2/08 | _[signature]_ RPA/DEA<br>**OFFICIAL TITLE**   Special Agent DEA |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>_[signature]_ | DATE<br>January 2, 2008 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54